IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moreno, Juan G
Moreno, Debra A
Printed: 02/24/09

Case Number: 06 B 07905
Judge: Hollis, Pamela S
Filed: 7/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 24, 2008
Confirmed: September 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,624.00 |  |
| Secured: |  | 12,948.78 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,254.00 |
| Trustee Fee: |  | 845.22 |
| Other Funds: |  | 576.00 |
| Totals: | 15,624.00 | 15,624.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Robert J Semrad & Associates | Administrative | 1,254.00 | 1,254.00 |
| 2. America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. America's Servicing Co | Secured | 15,405.17 | 12,948.78 |
| 4. Montgomery Ward & Co Inc | Unsecured | 14.84 | 0.00 |
| 5. ECast Settlement Corp | Unsecured | 2,426.17 | 0.00 |
| 6. ECast Settlement Corp | Unsecured | 35.92 | 0.00 |
| 7. Social Security Administration | Unsecured |  | No Claim Filed |
| 8. First USA Bank N A | Unsecured |  | No Claim Filed |
|  |  | $ 19,136.10 | $ 14,202.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 153.60 |
| 5.4% | 390.94 |
| 6.5% | 224.64 |
| 6.6% | 76.04 |
|  | $ 845.22 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Moreno, Juan G | Case Number: 06 B 07905 |
| Moreno, Debra A | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 7/5/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by: